# In the United States Court of Federal Claims

Filed: March 2, 2018

| | |
|---|---|
| IN RE DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | Sub-Master Docket No. 17-9002L |
| THIS DOCUMENT APPLIES TO: ALL DOWNSTREAM CASES | |

## ORDER

On March 1, 2018, the court convened a telephone status conference, wherein the parties were directed to file, on or before April 12, 2018, a joint status report that includes: (1) a final list of the test properties together with a short statement of why each was selected, the proponent, and whether the property owner is an individual plaintiff or a member of a proposed class action; (2) a proposed discovery plan for jurisdictional and liability issues; and (3) a list of individuals tentatively identified for depositions.

In addition, with the exception of Plaintiffs' March 20, 2018[1] deadline to respond to the Government's February 20, 2018 Motion To Dismiss, the deadlines set forth in Case Management Order No. 3 are suspended until April 13, 2018, at which time, the court will convene a status conference at 10:00 a.m. to be held at the United States District Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**Susan G. Braden**
**Chief Judge**

---

[1] The court's docket reflects that March 15, 2018 is the due date for Plaintiffs' Response, but the court hereby grants Plaintiffs leave to extend that deadline to 5:00 p.m. (EST) on March 20, 2018.